IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR419-082 |
| ) | |
| BENJAMIN RAY, ) | |
| ) | |
| Defendant. ) | |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 29), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendant's Motion to Suppress (Doc. 19) is **DENIED**.

SO ORDERED this 21st day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
10/21/2019
Deputy Clerk